**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8156**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JAMES EDWARD BROWN, a/k/a JB,

          Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., District Judge.  (8:97-cr-00170-GRA-4)

Submitted:  February 19, 2009     Decided:  February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Brown, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Brown appeals the district court order denying his motion to reconsider the order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and Brown's contentions on appeal and find the district court did not abuse its discretion denying the motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004). Accordingly, we affirm for the reasons stated by the district court. See United States v. Brown, No. 8:97-cr-00170-GRA-4 (D.S.C. Sept. 19, 2008). We grant Brown's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED